**Opinion filed March 10, 2011**



# In The

# Eleventh Court of Appeals

_____

### No. 11-09-00129-CV

_____

## HELLAS CONSTRUCTION, INC.

## V.

## EAGLE CONSTRUCTION AND ENVIRONMENTAL SERVICES, L.P.

### On Appeal from the 91st District Court

### Eastland County, Texas

### Trial Court Cause No. CV-06-40613

### M E M O R A N D U M   O P I N I O N

Appellant, Hellas Construction, Inc., and appellee, Eagle Construction and Environmental Services, L.P., have filed a joint motion to dismiss this appeal pursuant to TEX. R. APP. P. 42.1(a)(2).  In the motion, the parties state that they "have reached an agreement to settle and compromise their differences" arising from the underlying litigation.  The parties further request the court to set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement pursuant to Rule 42.1(a)(2)(B).

Therefore, in accordance with the parties' request, the trial court's judgment is set aside, and this case is remanded to the trial court for further proceedings in accordance with the parties' agreement.

The joint motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

March 10, 2011

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.

2